People v Agee
2026 NY Slip Op 03587
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
RONALD A. AGEE, DEFENDANT-APPELLANT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
463 KA 23-01433
Present: Whalen, P.J., Curran, Greenwood, And Delconte, JJ.

DAVID P. ELKOVITCH, AUBURN, FOR DEFENDANT-APPELLANT.
BRITTANY GROME ANTONACCI, DISTRICT ATTORNEY, AUBURN (CHRISTOPHER T. VALDINA OF COUNSEL), FOR RESPONDENT.

Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered August 17, 2023. The appeal was held by this Court by order entered February 7, 2025, decision was reserved and the matter was remitted to Cayuga County Court for further proceedings (235 AD3d 1247 [4th Dept 2025]). The proceedings were held and completed.
[*1]
It is hereby ORDERED that said appeal is unanimously dismissed (see People v Odyssty D.R., 208 AD3d 1596, 1596-1597 [4th Dept 2022]).
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court